# Order

Michigan Supreme Court
Lansing, Michigan

April 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148540

IDA TOWNSHIP,
         Plaintiff/Counter-
         Defendant-Appellee,

v                                                    SC: 148540
                                                     COA: 303595
                                                     Monroe CC: 09-027194-CZ
SOUTHEAST MICHIGAN MOTORSPORTS,
LLC, DARRIN FELKEY, and CHARLES
MUDGE,
         Defendants/Counter-
         Plaintiffs-Appellants,

and

IDA TOWNSHIP PLANNING COMMISSION,
         Counter-Defendant-Appellee.
_____/

On order of the Court, the application for leave to appeal the October 3, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



Clerk

d0421